1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDY V. LE, and NIEN THI NGUYEN, | Case No.: 13-CV-02543-LHK |
| Plaintiffs, | |
| v. | ORDER DISMISSING WITH PREJUDICE |
| 1ST NATIONAL LENDING SERVICES, et. al., | |
| Defendants. | |

Plaintiffs Andy V. Le and Lien Thi Nguyen (collectively, "Plaintiffs") brought this action against Defendants (1) 1st National Lending Services; (2) U.S. Bank National Association); (3) Structured Asset Securities Corporation; (4) Aurora Loan Services LLC; (5) OneWest Bank, FSB and Indymac Mortagage Services; (6) Lehman Brothers Holdings Inc.; (7) Meridian Foreclosure Service ("Meridian"); (8) Dianne K. Burnett, President of Meridian ("Burnett"); (9) Maggie Salac, Vice President of Meridian ("Salac"); (10) Skyway Investments LLC; and (11) Principal Capital, LLC. *See* ECF No. 1 at 1.

On November 20, 2013, this Court GRANTED Motions to Dismiss filed by all of the Defendants, but granted Plaintiffs leave to amend. *See* ECF No. 55. In that Order, the Court stated, "Plaintiffs elect to file a First Amended Complaint curing the deficiencies identified herein, they shall do so within 21 days of the date of this Order. Failure to meet the 21-day deadline to file an

1

amended complaint or failure to cure the deficiencies identified in this Order will result in a dismissal with prejudice." *Id.* at 11.

Subsequent to the Court's Order, Plaintiffs stipulated to dismissal of all of the Defendants except for Meridian, Burnett, and Salac with prejudice. See ECF Nos. 59, 62, 63. Those parties have been terminated pursuant to those stipulations.

More than 21 days have elapsed since this Court's November 20, 2013 Order Granting Defendants' Motions to Dismiss, and no amended complaint has been filed against remaining Defendants Meridian, Burnett, or Salac. Accordingly, the case is dismissed as to the remaining Defendants with prejudice.

The Clerk shall close the case file.

**IT IS SO ORDERED.**

Dated: April 10, 2014

_____

LUCY H. KOH
United States District Judge

Case No.: 13-CV-02543-LHK
ORDER DISMISSING WITH PREJUDICE